UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>RANDY LINDQUIST, et al.,<br><br>                    Defendants. | CASE NO. C20-1508JLR<br><br>ORDER STRIKING AMENDED ANSWER |
| RANDY LINDQUIST,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>MELODY J. GRONDAHL, et al.,<br><br>          Third-Party Defendants. | |

On March 1, 2021, Defendant/Counter-Claimant/Third-Party Plaintiff Randy Lindquist filed an amended answer, third-party complaint, and counter-claim ("amended

ORDER - 1

answer") in this action.  (Am. Answer (Dkt. # 50).)  At the time Mr. Lindquist filed this amended answer, however, the period for amendment as a matter of course had passed, Fed. R. Civ. P. 15(a)(1), and Mr. Lindquist did not have "the opposing party's written consent or the court's leave" to file an amended answer, Fed. R. Civ. P. 15(a)(2); (*see* Dkt.).  For these reasons, the court STRIKES the amended answer (Dkt. # 50) as improperly filed.  If Mr. Lindquist wishes to amend his pleading, he must do so in the manner set forth in the Federal Rules of Civil Procedure and the Local Rules.  *See* Fed. R. Civ. P. 15(a)(2); Local Rules W.D. Wash. LCR 15.

Dated this 2nd day of March, 2021.

JAMES L. ROBART
United States District Judge