# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RANDY LINDQUIST, an individual, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants.<br><br>RANDY LINDQUIST, an individual,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MELODY J. GRONDAHL; G & J RESTORATION, INC., doing business as PAUL DAVIS OF GREATER SEATTLE,<br><br>Third-Party Defendants. | No. 2:20-cv-01508-JLR<br><br>[PROPOSED] ORDER DENYING ALLSTATE'S MOTION FOR RELIEF FROM DEADLINE, TO EXTEND DISCOVERY, TO COMPEL, AND FOR SANCTIONS |

THIS MATTER came before the Court on Allstate's Motion for Relief from Discovery Deadline, to Extend Discovery, to Compel, and for Sanctions. The Court has reviewed the following materials submitted in support of and in opposition to the motion including:

1. Allstate's Motion for relief from deadline, motion to extend discovery cutoff, to compel and for sanctions, Dkt. No. 171;

2. Declaration of Elyse O'Neill, Dkt. No. 172;

[PROPOSED] ORDER DENYING ALLSTATE'S MOTION FOR RELIEF FROM DEADLINE, TO EXTEND DISCOVERY, TO COMPEL, AND FOR SANCTIONS
(No. 2:20-cv-01508-JLR) - 1

Ruiz & Smart PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100  Fax 206-785-1702

3. Lindquist's response to Allstate's Motion, Dkt. No.____;

4. Declaration of Kathryn Knudsen, Dkt. No.____;

5. Declaration of Craig Sternberg with exhibits, Dkt. No. ____;

6. Declaration of Thomas Lether with exhibits, Dkt. No.____;

7. Declaration of Roger Howson, Dkt. No.____;

8. Declaration of Scott Roberts, Dkt. No____;

9. Declaration of Randy Lindquist, Dkt. No. ____;

10. Allstate's reply if any;

11. _____; and

12. The records and files herein.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Allstate's Motion for Relief from Discovery Deadline, to Extend Discovery, to Compel, and for Sanctions is DENIED.

2. Lindquist is further awarded his attorney fees and costs associated with responding to Allstate's motion, to be submitted to the Court within 14 days of entry of this Order.

DONE IN OPEN COURT this _____ day of _____, 2022.

                                          _____
                                          THE HONORABLE JAMES L. ROBART

Presented by:

[PROPOSED] ORDER DENYING ALLSTATE'S MOTION FOR RELIEF FROM DEADLINE, TO EXTEND DISCOVERY, TO COMPEL, AND FOR SANCTIONS
(No. 2:20-cv-01508-JLR) - 2

Ruiz & Smart PLLC
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702

**RUIZ & SMART PLLC**

By: s/ *Kathryn Knudsen*
William C. Smart, WSBA #8192
wsmart@ruizandsmart.com
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Kathryn M. Knudsen, WSBA #40175
kknudsen@ruizandsmart.com

*Attorneys for Defendant Randy Lindquist*

[PROPOSED] ORDER DENYING
ALLSTATE'S MOTION FOR RELIEF FROM
DEADLINE, TO EXTEND DISCOVERY, TO
COMPEL, AND FOR SANCTIONS
(No. 2:20-cv-01508-JLR) - 3

**Ruiz & Smart PLLC**
1200 Fifth Ave., Suite 1220
Seattle, WA 98101
Tel. 206-203-9100 Fax 206-785-1702