UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>                    Plaintiff,<br><br>       v.<br><br>RANDY LINDQUIST, et al.,<br><br>                    Defendants. | CASE NO. C20-1508JLR<br><br>ORDER |

Before the court is Plaintiff Allstate Indemnity Company's ("Allstate") motion for reconsideration of the court's orders granting summary and final judgment to Defendant JPMorgan Chase Bank, N.A. ("Chase"). (Mot. (Dkt. # 195); 1/18/22 Order (Dkt. # 126); 4/6/22 Order (Dkt. # 168); Judgment (Dkt. # 169).) In the same motion, Allstate also seeks relief from those orders and the court's entry of judgment as to Chase under Federal Rules of Civil Procedure 59(e) and 60(b). (*See* Mot. at 1, 5 (seeking relief pursuant to Federal Rule of Civil Procedure 59(e) and 60(b)(2), (3)).)

ORDER - 1

Motions for reconsideration "shall be filed within fourteen days after the order to which it relates is filed." Local Rules W.D. Wash. LCR 7(h)(2). The orders and judgment of which Allstate seeks reconsideration were filed on January 18, 2022 and April 6, 2022, respectively. (*See* Mot. at 1; *see also* 1/18/22 Order; 4/6/22 Order; Judgment.) Thus, the portion of Allstate's motion that seeks reconsideration pursuant to Local Civil Rule 7(h) is untimely and is therefore DENIED. *See* Local Rules W.D. Wash. LCR 7(h)(2). Accordingly, Chase need not respond to Allstate's untimely arguments for reconsideration pursuant to Local Civil Rule 7(h).

However, the portion of Allstate's motion that seeks relief under Federal Rules of Civil Procedure 59(e) and 60(b) (*see* Mot. at 1, 5) is properly noted for Friday, May 27, 2022, as a Third Friday motion pursuant to the court's Local Civil Rules, *see* Local Rules W.D. Wash. LCR 7(d)(3). Chase shall file its response to Allstate's arguments for relief under Rules 59(e) and 60(b) by Monday, May 23, 2022.

Filed this 10th day of May, 2022.

JAMES L. ROBART
United States District Judge